# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAL'S E-Z STOP, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA, et al.,<br><br>Defendants. | No.  1:22-cv-00154-JLT-SKO<br><br>ORDER DIRECTING THE CLERK OF COURT TO CLOSE THE CASE<br><br>(Doc. 19) |

On September 28, 2022, the parties filed a joint stipulation dismissing the action with prejudice.  (Doc. 12.)  In light of the parties' stipulation, this action has been terminated, *see* Fed. R. Civ. P. 41(a)(1)(A)(ii); *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997), and has been dismissed with prejudice.  Accordingly, the Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated:   **September 29, 2022**           */s/ Sheila K. Oberto*           
                                          UNITED STATES MAGISTRATE JUDGE